# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2024-0327
LT Case No. 2012-CF-001065

———————————————————

CHARLES GIVENS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————————

On appeal from the Circuit Court for Lake County.
Heidi Davis, Judge.

Charles Givens, Bushnell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.

November 22, 2024

PER CURIAM.

This Court affirms the trial court's order denying Appellant's petition for writ of mandamus and has previously affirmed three separate motions for postconviction relief in Lake County Circuit Court Case No. 2012-CF-001065. Because it appears that Appellant's postconviction filings are abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any further pro

se filings in this Court, asserting claims stemming from Lake County Circuit Court Case No. 2012-CF-001065, may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2024); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

AFFIRMED; APPELLANT CAUTIONED.

MAKAR, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____